UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRELL TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1242** |
| **E. DUSTIN BICKHAM, WARDEN** | **SECTION "I"(5)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner Darrell Taylor, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Darrell Taylor's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 31st day of January, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE